```
KRISTA HART
Attorney at Law
State Bar #199650
428 J Street, Suite 350
Sacramento, California  95814
Telephone: (916) 731-8811

Attorney for Defendant                              OK/HAV
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,      ) No. Cr.S. 05-015 DFL
                               )
         Plaintiff,            )
                               ) STIPULATION AND [PROPOSED] ORDER
    v.                         ) RESETTING THE HEARING DATE FOR
                               ) THE GOVERNMENT'S MOTION TO
                               ) DISMISS
MARK ERCKERT                   )
                               ) Court: Hon. David F. Levi
         Defendant.            ) Date:  January 19, 2006
                               ) Time:  10:00 a.m.
_____)
```

The defendant, Mark Erckert, by and through counsel, Krista Hart, and plaintiff United States, by and through counsel Phil Ferrari, hereby stipulate and agree that the hearing on the United States' motion to dismiss the indictment will be continued to February 16, 2006, at 10:00 a.m.  The government filed the motion on December 15, 2005.  The motion is based on a violation of the Speedy Trial Act.

Mr. Erckert is also charged in case number Cr.S. 04-104 DFL involving a conspiracy to distribute at least 50 grams of methamphetamine.  The parties are in the process of filing and litigating motions in that case with a hearing date of February 16, 2006, at 10:00 a.m.  The parties ask that this motion in this case

(Cr.S. 05-015) be calendared and heard with the motions in the other case (Cr.S. 04-104).

                                              Respectfully submitted,

DATED: January 17, 2006        /s/ *Krista Hart*
                                        Krista Hart
                                        Attorney for Defendant
                                        Mark Erckert

DATED: January 17, 2006        McGREGOR SCOTT
                                        United States Attorney

                                        /s/ *Phil Ferrari*
                                        Assistant U.S. Attorney
                                        (signed by Krista Hart per
                                        telephone conversation)

## **O R D E R**

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

DATED: 1/20/2006

                                        DAVID F. LEVI
                                        United States District Judge

2