IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                )
                                          )    CR. No. S-05-0015 DFL
                    Plaintiff,            )
                                          )    [proposed] ORDER
          v.                              )
                                          )
MARK STEVEN ERCKERT,                      )
                                          )
                    Defendant.            )
_____   )

      On February 16, 2006, this matter came before the Court for a hearing on the government's motion to dismiss the above-referenced indictment without prejudice.  The United States was represented by Assistant U.S. Attorney Philip A. Ferrari; the defendant was represented by Krista Hart, Esq.

      At this hearing, counsel for the defendant confirmed that the motion was unopposed.  The Court has considered the factors set forth in Title 18, United States Code, Section 3162(a)(2), and to the extent that a violation of the Speedy Trial Act may have occurred, finds that the appropriate remedy is dismissal without prejudice for the following reasons: First, the alleged offenses are serious and could subject the defendant to a lengthy term of incarceration.  Second, any Speedy Trial Act violations that occurred were of an inadvertent and technical nature.  The defendant was arraigned and provided discovery and was making regular

1

1    appearances on another case in which he faced even greater
2    penalties.   Third, the impact of dismissing without prejudice on the
3    Speedy Trial Act and the administration of justice will be minimal.
4    The parties agree that time has properly been excluded in the
5    defendant's other case and, as a practical matter, that case must be
6    resolved before the instant case in any event.

7

8    **THEREFORE, IT IS HEREBY ORDERED** that:

9         The indictment in case No. CR. S-05-0015 DFL be dismissed
10   without prejudice.

11

12

Date: 2/24/2006

13

14

15

16   DAVID F. LEVI
     United States District Judge
17

18

19

20

21

22

23

24

25

26

27

28